UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

COURT FILE NO.: **16-CV-6664**

| | |
|---|---|
| ARMEN GEGAMIAN<br><br>                    Plaintiff,<br>v.<br><br>CAINE & WINER COMPANY, INC.<br><br>                    Defendants. | **NOTICE OF DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY NOTICED** by the Plaintiff and his attorneys, that the above-entitled action against this Defendant shall be and hereby is dismissed with prejudice and on the merits, without costs, or disbursements, or attorneys' fees to any party and that a judgment of dismissal with prejudice may be entered in the above-entitled action pursuant hereto.

                                                                            Respectfully submitted,

Dated: February 7, 2017                          */s/ Mikhail Usher*
                                                                            Mikhail Usher, Esq.
                                                                            USHER LAW GROUP, P.C.
                                                                            *Attorneys for Plaintiff*
                                                                            2711 Harway Avenue
                                                                            Brooklyn, New York 11214
                                                                            Telephone:  (718) 484-7510
                                                                            Facsimile:   (718) 865-8566
                                                                            mikeusher@usherlegal.com